IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDGAR VIRGILIO**  **PLAINTIFF**
**COLMENARES-FIERRO**

v.  Case No: 4:24-CV-00437-LPR

**C. GARRETT,** *Warden*,
*FCI-Forrest City*, **et al.**  **DEFENDANTS**

## ORDER

Plaintiff Edgar Virgilio Colmenares-Fierro filed this action *pro se*.[1] On June 28, 2024, the Court issued an Order directing Mr. Colmenares-Fierro to provide the Court a valid mailing address within thirty days.[2] The Court warned Mr. Colmenares-Fierro that failure to respond to the Court's Order would result in the dismissal of his case.[3]

Mr. Colmenares-Fierro has not complied with, or otherwise responded to, the Court's June 28th Order, and the time for doing so has expired.[4] Mr. Colmenares-Fierro's Complaint (Doc. 2) is therefore DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 7th day of August 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2)

[2] Order (Doc. 6).

[3] *Id*.

[4] The file-marked copy of the Court's Order that was mailed to Mr. Colmenares-Fierro's last-known address has been returned to the Court as undeliverable. *See* Doc. 7.